AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
DEC 1 9 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   4:18 MJ 5320 NAB
The premises of 2305 St. Louis Ave, St. Louis MO 63106 (the Premises).  It is )
further described as:  a three story red brick house with a two story red brick carriage )
house on the rear of the residence and 8 foot grey chain link fence encloses the )
backyard and carriage house, including any storage units or outbuildings, curtilage, )
appurtenances, persons, and vehicles located on the Premises. This premises is
identified in Attachment A.

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    Missouri
*(identify the person or describe the property to be searched and give its location)*:

The premises of 2305 St. Louis Ave, St. Louis MO 63106 (the Premises).  It is further described as:  a three story red brick house with a two story red brick carriage house on the rear of the residence and 8 foot grey chain link fence encloses the backyard and carriage house, including any storage units or outbuildings, curtilage, appurtenances, persons, and vehicles located on the Premises.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before    December 31, 2018    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Honorable Nannetta A. Baker, U.S. Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    12/19/18 at 9:42AM    _____
                                                *Judge's signature*

City and state:    St. Louis, MO    Honorable Nannette A. Baker, U.S. Magistrate Judge
                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 4:18 MJ 5320 NAB | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A

The premises of 2305 St. Louis Ave, St. Louis MO 63106 (the Premises). It is further described as: a two story red brick house with a two story red brick carriage house on the rear of the residence and 8 foot grey chain link fence encloses the backyard and carriage house, including any storage units or outbuildings, curtilage, appurtenances, persons, and vehicles located on the Premises.

1

## ATTACHMENT B

1.     For the time period of 2008 to the present, all records and materials that constitute evidence, contraband, fruits of a crime, items illegally possessed, or property used or designed or intended for use in committing violations of: Title 18, United States Code, Sections: 1341 and 1343 (Mail and Wire Fraud) and Title 18, U.S.C. Section 1028 (Fraud in Connection with Identification Documents, 922 (prohibited persons in possess of a firearm) including:

    a.     Computers, cell phones and other electronic storage devices used as a means to commit the violations described above, or that contain evidence or are fruits of the violations described above;

    b.     Records and information relating to a conspiracy to defraud businesses;

    c.     Records and information relating to the e-mail account belonging to Dixson;

    d.     Records and information relating to communications with Internet Protocol addresses; records and information relating to malicious software; records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

    e.     any information relating to travel by Dixson;

    f.     financial records including bank records, loan documentation, applications, checks, credit card bills, account information;

    g.     materials related to the use of social security numbers including any records reflecting personally identifiable information of individuals other than Timothy Dixson;

2

  h. firearms;

  i. property that was acquired from, or constitutes fruits of, the violations described above.

  2. Evidence of user attribution showing who used or owned any computer at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

  As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.